Certificate Number: 16339-PAE-DE-039587570

Bankruptcy Case Number: 20-14127



16339-PAE-DE-039587570

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 23, 2025, at 8:17 o'clock PM EDT, Robin Parks completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 23, 2025                By:   /s/Kelley Tipton

                                     Name: Kelley Tipton

                                     Title: Certified Financial Counselor